

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Shanna Leigh Carpenter, Appellant

No. 06-19-00204-CR          v.

The State of Texas, Appellee

Appeal from the 8th District Court of Hopkins County, Texas (Tr. Ct. No. 1927105). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Shanna Leigh Carpenter, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MARCH 24, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk